IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THE MCKINLEY GROUP, INC.,

    Plaintiff,

        v.

THE BUDD GROUP, INC.,

    Defendant.

Civil Action Case No.
1:13-cv-01107-CC

## <u>NOTICE OF SETTLEMENT</u>

To facilitate judicial economy, Defendant The Budd Group, Inc. hereby notifies the Court that the Parties have settled in principle the captioned case. The Parties are presently working together on a formal settlement agreement and anticipate filing a notice of dismissal with the Court within thirty days of this notice.

Respectfully submitted, this 19th day of April, 2013.

KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
404-815-6500 (phone)
404-815-6555 (fax)
jjett@kilpatricktownsend.com

s/ John P. Jett_____
John P. Jett
Georgia Bar No. 827033

*Counsel for Defendant*
*The Budd Group, Inc.*

US2008 4521385 2

## <u>LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: April 19, 2013.

<u>s/ John P. Jett</u>
John P. Jett
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 19, 2013, I electronically filed the foregoing

**NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system

which will automatically send email documentation of such filing to all attorneys

of record.

I further certify that I have mailed by United States Postal Service the

foregoing document to the following attorney:

> Salvatore J. Perillo
> 2839 Cherokee Street, N.W.
> P.O. Box 156
> Kennesaw, Georgia 30156

Respectfully submitted this 19th day of April, 2013.

<u>s/ John P. Jett</u>
John P. Jett

US2008 4521385 2